UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOEL SANDERS | CIVIL ACTION |
| VERSUS | NO. 24-1069 |
| SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY EAST, ET AL. | SECTION "A" (3) |

## ORDER SETTING STATUS CONFERENCE

In light of the parties' **Joint Motion to Upset Scheduling Order, Continue Trial, and Establish New Remaining Deadlines (Rec. Doc. 28)**,

Accordingly;

**IT IS ORDERED** that a status conference is **SET** on **Thursday, July 31, 2025, at 11:00 a.m.** IN CHAMBERS to discuss the current scheduling deadlines and the practicability of continuing this matter.

July 7, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE